Christopher Kim (Bar No. 082080)
**LIM RUGER & KIM, LLP**
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017
Telephone: (213) 955-9500
email: christopher.kim@limruger.com



2/16/2010

Attorneys for defendants JSJ-SC PROJECT INC., EUGENE K. YOO, and SOON YOUL LEE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EMILIA CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>JSJ-SC PROJECT INC., EUGENE K. YOO, and SOON YOUL LEE,<br><br>Defendants. | Case No. C09-04296 JW HRL<br><br>**(JURY TRIAL DEMANDED)**<br><br>**STIPULATION REQUESTING AN ORDER CHANGING AND EXTENDING TIME; DECLARATION OF JULIE KWUN; [PROPOSED] ORDER** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Emilia Cruz and Defendants JSJ-JC Project Inc., Eugene K. Yoo and Soon Youl Lee (collectively, "Defendants") submit the following stipulation.

---

1
STIPULATION; [PROPOSED] ORDER

Plaintiff and Defendants agree and stipulate to an enlargement of time for Defendants to file its initial response in the instant action. Specifically, the parties stipulate that a responsive pleading will be due on or before March 5, 2010.

The enlargement of time will alter events and/or deadlines fixed by this Court in its September 16, 2009 Order setting the initial case management conference and ADR deadlines. The parties, therefore, respectfully request an Order Changing and Extending Time for the reasons stated in the declaration of Julie Kwun filed concurrently herewith. From Plaintiff's perspective this is sought as new parties were added on December 18, 2009.

Dated: February 3, 2010

Christopher Kim
LIM, RUGER & KIM, LLP

By:    //s// Christopher Kim
Christopher Kim
Attorneys for Defendants
JSJ-SC PROJECT INC., EUGENE K. YOO, and SOON YOUL LEE

Dated: February 3, 2010

Tomas Margain
DAL BON & MARGAIN, APC

By:    //s// Tomas Margain
Tomas Margain
Attorneys for Plaintiff EMILIA CRUZ

///

///

///

2
STIPULATION; [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the events and/or deadlines set in the Court's Order, dated September 16, 2009, shall be changed and extended to:

(1) __March 19,__, 2010 shall be the last day to:
- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plans
- file ADR Certification signed by Parties and Counsel
- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

(2) __April 2,__, 2010 shall be the last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement

(3) The Initial Case Management Conference in Courtroom 8, 4th Floor, SJ will be set for __April 12,__, 2010 at __10:00 AM__

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February **16** 2010

_____
Judge JAMES WARE
United States District Judge

---

3
STIPULATION; [PROPOSED] ORDER

# DECLARATION OF JULIE KWUN

I, Julie Kwun, declare:

1. I am an attorney admitted to practice before the United States District Court, Central District of California, and am an associate with Lim, Ruger & Kim, LLP ("Lim Ruger"), attorneys of record for Defendants JSJ-JC Project Inc., Eugene K. Yoo and Soon Youl Lee. I have personal knowledge of the facts set forth herein and could testify competently thereto.

<u>Reasons for Requested Enlargement Pursuant to Local Rule 6-2(a)(1)</u>

2. My clients first became aware of this action on or about January 21, 2010 when a process server attempted to serve process at a restaurant operated by JSJ-JC Project, Inc. I am advised by my clients that the process server asked for a "Mrs. Lee" without identifying a first name and Jane Lee, an employee of JSJ-JC Project, Inc., responded and the process server delivered the summons and complaint to her. Jane Lee is not a party to this case and, I am further advised that, Jane Lee is not the agent for service of process or any other agent authorized to accept service of process for JSJ-JC Project, Inc. No service was apparently attempted on defendant Eugene Yoo.

3. On February 2, 2010, I met and conferred by telephone with Tomas Margain, counsel for plaintiff, and agreed to accept service of summons on behalf of all defendants, including Eugene Yoo. The parties' stipulation proposes March 4, 2010 or thirty (30) days from February 2, 2010 as the deadline to file a responsive pleading to coordinate the timing of the response for all three defendants. I believe this is the time required for my office to prepare a responsive pleading and discuss early settlement.

<u>Previous Time Modifications Pursuant to Local Rule 6-2(a)(2)</u>

4. There have been no previous time modifications in the case, whether by stipulation or Court order.

Effect of Requested Time Modification

5. The requested time modification will extend the events and/or deadlines set in this Court's September 16, 2009 order re initial case management and ADR deadlines as the Court deems appropriate in light of the parties' stipulation that a responsive pleading will be due on or before March 5, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 3, 2009            //s// Julie Kwun
                                        Julie Kwun