JAMES DAL BON, Bar No. 157942
TOMAS E. MARGAIN, Bar No. 193555
DAL BON & MARGAIN, APC
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728

jdblaw@earthlink.net
margainlaw@hotmail.com

Attorneys for Plaintiffs

**DENIED WITHOUT PREJUDICE**
Judge James Ware
3/30/2010

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EMILIA CRUZ<br><br>Plaintiff<br><br>v.<br><br>JSJ-SC PROJECT INC.; EUGENE K YOO;<br><br>and SOON YOUL LEE<br><br>Defendant(s) | Case No.   C09-04296 JW HRL<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO EUGENE K YOO; and SOON YOUL LEE** |

NOTICE IS HEREBY GIVEN THAT PLAINTIFF EMILIA CRUZ hereby dismisses defendants EUGENE K YOO; and SOON YOUL LEE **without** prejudice pursuant to FRCP 41(a)(2).

Dated: March 15, 2010

**DISMISSAL WITHOUT PREJUDICE AS TO EUGENE K YOO; and SOON YOUL LEE**    1

Respectfully submitted,

By:   //s// Tomas E. Margain

TOMAS MARGAIN
Attorneys for Plaintiff

IT IS SO ORDERED:

Defendants Eugene K. Yoo and Soon Youl Lee filed an answer on March 5, 2010 (Docket Item No. 9). In light of the answer, the plaintiff's Notice of Dismissal is denied without prejudice to the plaintiff filing a stipulated dismissal with these defendants.

Dated: March 30, 2010

_____
United States District Judge