James Dal Bon (Bar No. 157942)
Tomas E. Margain (Bar No. 193555)
**DAL BON & MARGAIN, APC**
28 North 1st, Suite 210
San Jose, California 95113
Telephone: (408) 297-4729
Fax: (408) 297-4728

Attorneys for Plaintiff Emilia Cruz

Christopher Kim (Bar No. 082080)
Julie Kwun (Bar No. 243838)
**LIM RUGER & KIM, LLP**
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017
Telephone: (213) 955-9500
Fax: (213) 955-9500
email: christopher.kim@limruger.com
email: julie.kwun@limruger.com

Attorneys for defendants JSJ-SC PROJECT INC., EUGENE K. YOO, and SOON YOUL LEE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EMILIA CRUZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JSJ-SC PROJECT INC., EUGENE K. YOO, and SOON YOUL LEE,<br><br>　　　　Defendants. | Case No. C09-04296 JW HRL<br><br>**STIPULATION TO DISMISS INDIVIDUAL DEFENDANTS; DECLARATION OF TOMAS E. MARGAIN; [PROPOSED] ORDER** |

The parties through their attorneys' of record hereby Stipulate as follows:

1. Plaintiff named individual Defendants EUGENE K. YOO, and SOON YOUL LEE in a First Amended Complaint;

2. Plaintiff and Defendants hereby stipulate to dismiss Defendants EUGENE K. YOO and SOON YOUL LEE without prejudice pursuant to FRCP 41(a)(2).

IT IS SO STIPULATED.

Dated: April 5, 2010

Christopher Kim
Julie Kwun
LIM, RUGER & KIM, LLP

By: _____//s// Julie Kwun_____
Julie Kwun
Attorneys for Defendants
JSJ-SC PROJECT INC., EUGENE K. YOO, and SOON YOUL LEE

Dated: April 5, 2010

Tomas Margain
DAL BON & MARGAIN, APC

By: _____//s// Tomas Margain_____
Tomas Margain
Attorneys for Plaintiff EMILIA CRUZ

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that Defendants EUGENE K. YOO, an individual and SOON YOUL LEE, an individual are hereby dismissed from this action without prejudice.

**IT IS SO ORDERED.**

Dated: April __29__, 2010

_____
Hon. James Ware
United States District Judge

# **DECLARATION OF TOMAS MARGAIN**

I, Tomas E. Margain, declare:

1. I am an attorney admitted to practice before the United States District Court and the attorney of record for Plaintiff Emilia Cruz. I have personal knowledge of the facts set forth herein and could testify competently thereto.

2. I named the individual Defendants in this matter after first naming the corporate defendant and attempting service in southern California. I named the individuals as joint employers under the FLSA as my investigation to date made me question if this was a viable corporation. This was based on the records my client received and my conclusion after being unable to serve the corporation.

3. After Defendants hired counsel, and during the Rule 26 meet and confer process, I learned that the corporation was in existence the totality of my client's employment and it is the present corporate owner. This restaurant also appears successful and the corporation a solvent corporation.

4. Neither I nor my client are receiving any consideration for this dismissal. The only advantage we are getting, in my opinion, is that the attorneys' fees and costs on both sides will be lessened as we will not need to litigate joint employer issues. This will cut down on fees and it is believed on any hostilities, real or perceived, between the clients.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 5, 2009           __//s// Tomas Margain_____
                                       Tomas Margain