Christopher Kim (Bar No. 82080)
Julie Kwun (Bar No. 243838)
**LIM RUGER & KIM, LLP**
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017
Telephone: (213) 955-9500
email: christopher.kim@limruger.com
       julie.kwun@limruger.com

Attorneys for defendants JSJ-SC PROJECT, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EMILIA CRUZ,<br><br>    Plaintiff,<br><br>v.<br><br>JSJ-SC PROJECT, INC.<br><br>    Defendants. | Case No. C09-04296 JW HRL<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR TELEPHONIC APPEARANCE BY DEFENDANT JSJ-SC PROJECT, INC. AT FAIRNESS HEARING<br><br>Date:  November 1, 2010<br>Time:  9:00 a.m.<br>Courtroom: 8 - 4th Floor<br><br>Judge:  Hon. James Ware |

///
///
///
///
///

Having considered the parties' Stipulation for Telephonic Appearance by Defendant JSJ-JC Project, Inc. at the Fairness Hearing, scheduled for November 1, 2010 at 9:00 a.m., the court hereby GRANTS the parties' request.

IT IS HEREBY ORDERED that Defendant's counsel may appear telephonically at the Fairness Hearing set for November 1, 2010.

IT IS SO ORDERED.

October 26, 2010
Date

*/s/ James Ware*
The Honorable James Ware
United States District Judge

469531