Christopher Kim (Bar No. 82080)
Julie Kwun (Bar No. 243838)
**LIM RUGER & KIM, LLP**
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017
Telephone: (213) 955-9500
email: christopher.kim@limruger.com
        julie.kwun@limruger.com

Attorneys for defendants JSJ-SC PROJECT, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| EMILIA CRUZ, | Case No. C09-04296 JW HRL |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATION FOR TELEPHONIC APPEARANCE BY DEFENDANT JSJ-SC PROJECT, INC. AT FAIRNESS HEARING |
| v. | |
| JSJ-SC PROJECT, INC. | Date: November 1, 2010 |
| | Time: 9:00 a.m. |
| Defendants. | Courtroom: 8 - 4th Floor |
| | Judge: Hon. James Ware |

///
///
///
///
///

---

1
**[PROPOSED] ORDER RE STIPULATION FOR TELEPHONIC APPEARANCE AT
FAIRNESS HEARING BY DEFENDANT JSJ-JC PROJECT, INC.**

1  Having considered the parties' Stipulation for Telephonic Appearance by
2  Defendant JSJ-JC Project, Inc. at the Fairness Hearing, scheduled for November 1,
3  2010 at 9:00 a.m., the court hereby GRANTS the parties' request.
4  IT IS HEREBY ORDERED that Defendant's counsel may appear
5  telephonically at the Fairness Hearing set for November 1, 2010.
6  IT IS SO ORDERED.

October 26, 2010
Date

*/s/ James Ware*
The Honorable James Ware
United States District Judge

469531