United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Emilia Cruz, et al., | NO. C 09-04296 JW |
|     Plaintiffs, | **ORDER FOLLOWING PRELIMINARY SETTLEMENT HEARING; REQUESTING SUPPLEMENTAL BRIEFING AND PROPOSED ORDERS** |
| v. | |
| JSJ-SC Project Inc., et al., | |
|     Defendants. | |

Presently before the Court is the parties' Joint Motion for Settlement Approval at the Fairness Hearing. (hereafter, "Motion," Docket Item No. 29.) On November 1, 2010, the Court conducted a Preliminary Settlement Approval Hearing. Counsel for the respective parties were present.

In light of the discussion at the hearing, the Court orders as follows:

(1) The Court finds that the release provision in the Settlement Agreement is overly broad. For example, the release provides that class members will waive all claims, current and future, arising out of employment or termination, which could include wrongful termination or challenges to conditions of employment. Accordingly, the Court orders the parties to amend the release as follows:

    The release now provides:

> "FIRST AND LAST NAME hereby completely releases and forever discharges JSJ-JC PROJECT, INC. Entities and each of them from any and all claims, rights, demands, actions, obligations, liabilities, and causes of action of any and every kind, nature and character whatsoever, whether based in tort, contract, statute, or any other theory of recovery, and whether for

compensatory or punitive damages, penalties or interest, which FIRST AND LAST NAME may now have or has ever had out of or relating to (i) the manner in which FIRST AND LAST NAME or other existing or former workers at JSJ-JC PROJECT, INC. were paid wages and its restaurant was staffed, or (ii) any other matter relating to the employment of FIRST AND LAST NAME or other existing or former workers by JSJ-JC PROJECT, INC. and/or the termination of such employment, through and including the beginning of their employment to June 2010."

"FIRST AND LAST NAME hereby waives her/his right to recovery monetary damages in any charge, complaint, or lawsuit filed by him/her or by anyone else on her/his behalf."

(Motion, Ex. A, Settlement Agreement and Release at 3-4.)

The release provision shall be amended as follows:

"FIRST AND LAST NAME hereby completely releases and forever discharges JSJ-JC PROJECT, INC. Entities and each of them from any and all claims, rights, demands, actions, obligations, liabilities, and causes of action of any and every kind, nature and character whatsoever, whether based in tort, contract, statute, or any other theory of recovery, and whether for compensatory or punitive damages, penalties or interest, which FIRST AND LAST NAME may now have relating to facts alleged in the Complaint."

"FIRST AND LAST NAME hereby waives her/his right to recovery monetary damages in any charge, complaint, or lawsuit filed by him/her or by anyone else on her/his behalf relating to facts alleged in the Complaint."

(2) On or before **November 12, 2010**, Plaintiffs shall submit an Attorney Fee Application consistent with the requirements of In re Mercury.[1] The Court reads In re Mercury to require that a fee application must include details with respect to the specific work done by counsel, namely, what work was done, how much time the work consumed and whether the work contributed to the benefit of the class. Id. at *5-6. Plaintiffs shall also file a Proposed Order in conjunction with their Attorney Fee Application.

---

[1] In re Mercury Interactive Secs. Litig., No. 08-17372, 2010 WL 3239460, at *6 (9th Cir. Aug. 18, 2010).

2

(3) On or before **November 12, 2010**, the parties shall submit a Proposed Order for the Preliminary Approval of FLSA Settlement that is consistent with the terms of this Order. The Proposed Order shall also include a proposed hearing date for the Final Approval of Settlement that is consistent with the Court's Law and Motion calendar.

Dated: November 3, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bryan King Sheldon bryan.sheldon@limruger.com
James Dal Bon jdblaw@earthlink.net
Julie Kwun julie.kwun@limruger.com
Tomas Eduardo Margain margainlaw@hotmail.com

**Dated: November 3, 2010**  **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers
       Elizabeth Garcia
       Courtroom Deputy**