1  Christopher Kim (Bar No. 82080)
2  Julie Kwun (Bar No. 243838)
   **LIM RUGER & KIM, LLP**
3  1055 West Seventh Street, Suite 2800
   Los Angeles, California 90017
4  Telephone: (213) 955-9500
5  email: christopher.kim@limruger.com
6         julie.kwun@limruger.com

7  Attorneys for defendants JSJ-SC PROJECT, INC.

DENIED WITHOUT PREJUDICE

_James Ware_

Judge James Ware

12/7/2010

8
          **UNITED STATES DISTRICT COURT**
9
         **NORTHERN DISTRICT OF CALIFORNIA**
10
             **SAN JOSE DIVISION**
11

12  EMILIA CRUZ,                        )   Case No.  C09-04296 JW HRL
13                                      )
                        Plaintiff,      )   **STIPULATION FOR**
14                                      )   **TELEPHONIC APPEARANCE BY**
                                        )   **DEFENDANT JSJ-SC PROJECT,**
15         v.                           )   **INC. AT HEARING ON FINAL**
                                        )   **APPROVAL OF SETTLEMENTS**
16                                      )   **AND PLAINTIFF'S MOTION FOR**
17  JSJ-SC PROJECT, INC.                )   **ATTORNEY FEES**
                                        )
18                                      )
19                      Defendant.      )   Date:    December 13, 2010
20                                      )   Time:    9:00 a.m.
                                        )   Courtroom: 8 - 4th Floor
21                                      )
22  _____ )   Judge:  Hon. James Ware
23

24         WHEREAS, a hearing on the final approval of settlements and plaintiff's
25  motion for attorney fees has been set in this matter for December 13, 2010;
26         WHEREAS, counsel for Defendant JSJ-JC Project, Inc. is located in Los
27  Angeles;
28

LIM, RUGER & KIM, LLP

1    WHEREAS, Defendant's counsel has conferred with Plaintiff's counsel with

2  regard to a telephonic appearance by Defendant's counsel at the December 13th

3  hearing;

4    WHEREAS, Plaintiff's counsel intends to appear in person at the hearing

5  and does not object to Defendant's counsel attending telephonically;

6    THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES

7  THAT:

8    Defendant's counsel shall appear telephonically for purposes of the hearing

9  on the final approval of the settlements and plaintiff's motion for fees scheduled

10  for 9:00 a.m. on November 1, 2010 in the above-titled action.

11    If the hearing scheduled for December 13, 2010 is continued, Defendant's

12  counsel shall appear telephonically on the continued date.

13                                          Christopher Kim
                                            Julie Kwun
14  Dated: December 4, 2010                 LIM, RUGER & KIM, LLP
15

16                              By:    /s/ Julie Kwun
17                                     Julie Kwun
18                                     Attorneys for Defendant
                                       JSJ-SC PROJECT, INC.
19

20

21

22                                          Tomas Margain
    Dated: December 2, 2010                 DAL BON & MARGAIN, APC
23

24                              By:    /s/ Tomas Margain
25                                     Tomas Margain
                                       Attorneys for Plaintiff
26  **IT IS SO ORDERED.**
    The stipulation is denied without prejudice in light of the parties' failure to file Final Approval documents pursuant to
27  the Court's November 3, 2010 Order (Docket Item No. 33) and December 3, 2010 Order (Docket Item No. 39).

28  Dated: December 7, 2010
                                       United States District Judge
                                            2
    **STIPULATION FOR TELEPHONIC APPEARANCE AT HEARING BY**
    **DEFENDANT JSJ-JC PROJECT, INC.**

LIM, RUGER & KIM, LLP