IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Emilia Cruz, et al., | NO. C 09-04296 JW |
| Plaintiffs, | **ORDER REQUESTING AMENDED PROPOSED ORDERS RE: FINAL APPROVAL OF CLASS SETTLEMENT** |
| v. | |
| JSJ-SC Project Inc., | |
| Defendant. | |

This case is scheduled for a Final Fairness Hearing on Class Settlement on December 20, 2010. On December 10, 2010, the parties submitted their Proposed Order and Proposed Judgment. (See Docket Item No. 47.) On December 14, 2010, the parties submitted a Supplemental Joint Status Report that amends their Proposed Order and Proposed Judgment. (See Docket Item No. 49.)

Upon review, the Court finds the parties' submissions insufficient, as the parties have failed to submit an Amended Proposed Order and Proposed Judgment that incorporate all revisions outlined in the parties' Supplemental Joint Statement. Accordingly, on or before **December 15, 2010 at 12 p.m.**, the parties shall submit an Amended Proposed Order for Final Approval and an Amended Proposed Judgment that are complete and include all revisions outlined in the Supplemental Joint Statement.

Dated: December 14, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bryan King Sheldon bryan.sheldon@limruger.com
James Dal Bon jdblaw@earthlink.net
Julie Kwun julie.kwun@limruger.com
Tomas Eduardo Margain margainlaw@hotmail.com

**Dated: December 14, 2010**              **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**